UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK H. SHULL, JR.,<br><br>Plaintiff<br><br>v.<br><br>THE UNIVERSITY OF QUEENSLAND, THE OCHSNER MEDICAL GROUP, GEOFF McCOLL, LEONARDO SEOANE, THE U.S. DEPARTMENT OF EDUCTION via THE SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants | Case No.: 2:18-cv-01781-APG-PAL<br><br>**Order** |

Plaintiff Frederick H. Shull, Jr. filed a motion for leave to proceed in forma pauperis (IFP). Attached to that motion is an *ex parte* motion for a temporary restraining order and preliminary injunction. ECF No. 1-1.

Federal Rule of Civil Procedure 65(b)(1)(B) requires the attorney for a party moving for an *ex parte* TRO to certify "in writing any efforts made to give notice and the reasons why it should not be required." Local Rule 7-4(a)(3) requires a similar declaration when a party files an emergency motion. Shull, representing himself in this case, must follow the local rules just as an attorney would. His motion does not include that declaration. More importantly, I see nothing in the motion to justify entering an injunction without notice to the defendants. Therefore, I will not enter a temporary restraining order on an *ex parte* basis.

Shull's request for relief is also defective because there is no complaint attached to his IFP motion. A TRO or preliminary injunction cannot be entered in the absence of a complaint.

Shull must file an amended IFP motion, attaching a proposed complaint. If his IFP motion is approved, he must serve on the defendants all the papers filed in this case. I will

consider the TRO motion only after those steps have been accomplished and the defendants have had sufficient time to retain counsel and prepare for the hearing.

IT IS THEREFORE ORDERED that plaintiff Frederick Shull shall immediately file an amended IFP motion, attaching to it a proposed complaint. If the IFP motion is granted, Shull shall serve on the defendants all papers filed in this case, including this order. Shull shall file a certificate confirming service of those documents on the defendants.

DATED this 17th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE