# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK H. SHULL, JR., | Case No.: 2:18-cv-01781-APG-PAL |
| Plaintiff | **Order (1) Denying Application to Proceed In Forma Pauperis, and (2) Confirming the Court Will Not Entertain the TRO Motion on an Ex Parte Basis** |
| v. | |
| THE UNIVERSITY OF QUEENSLAND, THE OCHSNER MEDICAL GROUP, GEOFF McCOLL, LEONARDO SEOANE, THE U.S. DEPARTMENT OF EDUCTION via THE SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION, | [ECF Nos. 1, 3, 4] |
| Defendants | |

Plaintiff Frederick H. Shull, Jr. filed a motion for leave to proceed in forma pauperis (IFP). ECF No. 1. He subsequently withdrew that motion and paid the $400.00 filing fee. ECF Nos. 4, 5. Therefore, the IFP motion (ECF No. 1) is denied as moot.

Attached to Shull's motion is an *ex parte* motion for a temporary restraining order and preliminary injunction. ECF No. 1-1. On September 17, 2018, I entered an order pointing out the deficiencies in that motion. ECF No. 3. For instance, nothing in the motion justifies entering an injunction without notice to the defendants. In addition, Shull still has not filed a complaint to support his request for injunctive relief.

Shull responded to my order by claiming he previously notified the defendants that he would file a civil suit if his demands were not met. ECF NO. 4 at 3-4. But that is different than serving the defendants with actual notice of a pending motion. And there still is no reason to enter relief without first telling the defendants that they have, in fact, been sued and giving them copies of all of the papers filed in this case. In addition, as I said in my prior order, the requested

relief cannot be granted absent a filed complaint. I will consider the motion only after a complaint has been filed and the defendants have been properly served.

IT IS THEREFORE ORDERED that plaintiff Frederick Shull's IFP motion **(ECF No. 1) is DENIED AS MOOT**.

IT IS FURTHER ORDERED that Shull shall file a complaint, and he shall serve on the defendants the summonses, complaint, and all papers filed in this case including this order, as required under the applicable Federal Rules of Civil Procedure. Shull shall also file a certificate confirming proper service of those documents on the defendants.

DATED this 24th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE