# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK H. SHULL, JR.,<br><br>Plaintiff<br><br>v.<br><br>THE UNIVERSITY OF QUEENSLAND,<br>THE OCHSNER MEDICAL GROUP,<br>GEOFF McCOLL, LEONARDO SEOANE,<br>THE U.S. DEPARTMENT OF EDUCTION<br>via THE SECRETARY OF THE U.S.<br>DEPARTMENT OF EDUCATION,<br><br>Defendants | Case No.: 2:18-cv-01781-APG-PAL<br><br>**Order Temporarily Barring Further Filings in this Case** |

Plaintiff Frederick H. Shull, Jr. has filed numerous papers in this case. Those filings are wasting the court's resources. A motion to dismiss is pending. ECF No. 26. Until that motion is ruled upon, the parties shall not file any papers in this case absent an order from Magistrate Judge Leen or me. To be clear, none of the parties shall file responses or replies to any of the pending motions at this time. Should a party feel the need to file something, he or it shall first seek permission from the court, explaining the extraordinary circumstances that justify that request.

DATED this 7th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE