# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK H. SHULL, JR.,<br><br>    Plaintiff<br><br>v.<br><br>THE UNIVERSITY OF QUEENSLAND, et al.,<br><br>    Defendants | Case No.: 2:18-cv-01781-APG-BNW<br><br>**Order Dismissing Defendants U.S. Department of Education and Gregory McGhee** |

I previously granted plaintiff Frederick Shull leave to amend his claims against the only remaining defendants in this case, U.S. Department of Education and Gregory McGhee. ECF No. 128. I advised Shull that failure to file an amended complaint by October 9, 2020 would result in dismissal of his claims against these defendants with prejudice. *Id.* Shull did not file an amended complaint.

I THEREFORE ORDER that plaintiff Frederick Shull's claims against defendants U.S. Department of Education and Gregory McGhee are DISMISSED with prejudice. The clerk of court is instructed to enter judgment consistent with this order and to close this case.

DATED this 26th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE