AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDERICK H. SHULL, JR.,

              Plaintiff,

v.

THE UNIVERSITY OF QUEENSLAND, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01781-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of of Defendants against Plaintiff.

10/27/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk